**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

```
CHRISTOPHER J. McCAULEY,        )    No. CV 07-6132 CW
                                )
            Plaintiff,          )    JUDGMENT
                                )
      v.                        )
                                )
MICHAEL J. ASTRUE,              )
Commissioner, Social Security   )
Adminstration,                  )
                                )
            Defendant.          )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: April 30, 2008

                                                  _____/s/_____
                                                       CARLA M. WOEHRLE
                                      United States Magistrate Judge