1  Brian C. Shapiro
   Attorney at Law: 192789
2  «Office_Name»
   «Address_1»
3  «Address_2»
   «Telephone»
4  «Facsimile»
   E-mail: «email»
5
   Attorneys for Plaintiff CHRISTOPHER MCCAULEY
6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | CHRISTOPHER MCCAULEY,         ) Case No.: CV 07-6132 (CW)
                                   )
12 |         Plaintiff,            ) ORDER AWARDING EQUAL
                                   ) ACCESS TO JUSTICE ACT
13 |     vs.                       ) ATTORNEY FEES PURSUANT TO
                                   ) 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,            )
     Commissioner of Social Security, )
15                                 )
             Defendant.            )
16 |_____)

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Brian C. Shapiro, as Plaintiff's assignee and subject to the reservation of rights, the

20 amount of three thousand seven hundred dollars, ($3,700), as authorized by 28

21 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22 DATE:   June 12, 2008

23                     _____/S/_____
                       THE HONORABLE CARLA M. WOEHRLE
24                     UNITED STATES MAGISTRATE JUDGE

25

26

-1-